TOWN OF ATLANTIC BEACH v.
    TRADEWINDS CAMPGROUND, INC.

No. 274P88.

Case below: 90 N.C. App. 610.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 September 1988. Motion by plaintiff to dismiss appeal for lack of substantial constitutional question allowed 7 September 1988.

TRADEWINDS CAMPGROUND, INC. v.
    TOWN OF ATLANTIC BEACH

No. 314P88.

Case below: 90 N.C. App. 601.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 September 1988. Petition by plaintiff for writ of supersedeas denied and temporary stay dissolved 7 September 1988.

VASS v. BD. OF TRUSTEES OF
    STATE EMPLOYEES' MEDICAL PLAN

No. 213PA88.

Case below: 89 N.C. App. 333.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 7 September 1988.

WILLIAMS v. INTERNATIONAL PAPER CO.

No. 257PA88.

Case below: 89 N.C. App. 256.

Petition by several parties for discretionary review pursuant to G.S. 7A-31 allowed 7 September 1988.